

:O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 **$ 000.41**$^6$
02 1W
0001401682 NOV. 30. 2015

RE: AP-77,061

ELLIS COUNTY JUDGE, COUNTY COURT AT LAW
1201 N HWY 77, STE B
WAXAHACHIE, TX 75165

UTF

78711 @2308
129 JQW-N3B 75165